UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3
Benjamin Teich, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Benjamin.Teich@usdoj.gov

In Re:

Tarlok Singh,

Debtor.

**Order Filed on October 28, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    16-27617 (MBK)

Chapter:    11

Judge:    Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: October 28, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of __the Acting United States Trustee__ for the reduction of time for a hearing on __the Motion of the Acting United States Trustee for an Order Converting, or in the alternative, Dismissing the Case__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __November 7 , 2016__ at __10:00 am__ in the United States Bankruptcy Court, __402 East State Street, Trenton, New Jersey__, Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Debtor's Counsel and all parties that have filed a Notice of Appearance__

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*