Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–27617–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tarlok Singh
  40 W. Hampton Street
  Pemberton, NJ 08068

Social Security No.:
  xxx–xx–2686

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above–captioned case from Chapter 11 to Chapter 7, has been filed by Dominic Simeone, Attorney for Estate of Michael R. Matthews.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Michael B. Kaplan on:

Date:               November 7, 2016
Time:                10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Dated: November 4, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-27617-MBK
Tarlok Singh                                                                              Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Nov 04, 2016
                               Form ID: 169             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
db           +Tarlok Singh,   40 W. Hampton Street,   Pemberton, NJ 08068-1011
cr           +Estate of Michael R. Matthews,   c/o Simeone & Raynor, LLC,   Harvard Law Building,
              1522 Route 38,   Cherry Hill, NJ  08002,   UNITED STATES 08002-2214
516391535    +ARS,   PO Box 630806,   Cincinnati, OH 45263-0806
516391536     Burlington County Clerk,   49 Rancocas-Mt. Holly Road,   Mt. Holly, NJ  08060
516391538    +City & County Government,   7 N. Main Street,   Cape May Courthouse, NJ 08210-2117
516432467    +Estate of Michael Matthews,   c/o Simeone & Raynor, LLC,   1522 Route 38,
              Cherry Hill NJ 08002-2214
516391543    +GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1198
516391544     Indian Mills,   907 Highway,   206 Indian Mills,   Vincentown, NJ 08088
516391545    +JDT Petroleum Equipment, Inc,   2910 Franks Road,   Huntingdon Valley, PA 19006-4255
516391546    +John Davis,   1 Davis Court,   Pemberton, NJ 08068-1005
516391547    +Mercer County Clerk,   240 W. State St.,   Trenton, NJ 08608-1002
516391548     NJ Dept. Of Enviromental Protection,   NJ Dept. Of Treasury,   Division of Revenue,
              PO BOX 417,   Trenton, NJ 08646-0417
516391549    +PNC Mortgage,   PO BOX 8703,   Dayton, OH 45401-8703
516391551    +Recorder Of Deeds,   465 Martin Luther King, Jr., Blvd.,   Newark, NJ 07102-1735
516391553    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Division of Taxation,   Trenton, NJ 08695)
516391552    +State Government,   200 Riverview Plaza,   Trenton, NJ 08611-3419
516391554    +State of New Jersey Dept of Treasury,   50 Barrack Street,   Trenton, NJ 08608-2006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: cio.bncmail@irs.gov Nov 04 2016 23:07:22      Dist Dir of IRS,
              Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 04 2016 23:07:52      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 04 2016 23:07:48      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516391537    +E-mail/Text: jarsenault@co.cape-may.nj.us Nov 04 2016 23:06:59      Cape May County Clerk,
              7 N. Main Street,   Cape May Courthouse, NJ 08210-2117
                                                                                          TOTAL: 4


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516391534     APEX ASSET,   Med1 02 Exceptional Transport
516391533     APEX ASSET,   Med1 02 Radiology Associates of Burl
516391539     CNVRGT HTHCR,   Med1 02 Cooper
516391541     ERC,   11 Comcast Cable
516391542     Estate of Michael Matthews
516391550     QUAL AST REC,   Med1 02 The Cooper Health System
516391540*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,   Internal Revenue Service,   PO Box 480,
              Holtsville, NY 11742)
516434498*    IRS,   POB 7346,   Philadelphia, PA  19101-7346
                                                                                 TOTALS: 6, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 04, 2016
                              Form ID: 169             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2016 at the address(es) listed below:

          Benjamin  Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
          Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harrison Ross Byck    on behalf of Debtor Tarlok  Singh lawfirm@kasuribyck.com,
           financial@kasuribyck.com
          I. Dominic Simeone    on behalf of Creditor    Estate of Michael R. Matthews
           dsimeone@srnjlawfirm.com,  kraynor@srnjlawfirm.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                          TOTAL: 5