| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Harrison Ross Byck, Esq.<br>Kasuri Byck, LLC<br>340 Route 1 North<br>Edison, New Jersey 08817<br>Tel:  72-253-7630<br>Fax:  732-253-7632 | **Order Filed on January 31, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re: Tarlok Singh | Case No.:    16-27617<br><br>Chapter:        __11<br><br>Hearing Date:<br><br>Judge:    Michael B. Kaplan |

### ORDER GRANTING DEBTOR TO CONVERT CASE
### FROM A CHAPTER 11 TO A CHAPTER 13 UNDER U.S. BANKRUPTCY CODE

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED and GRANTED**.

**DATED: January 31, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been opened by the Court and good and sufficient notice of the hearing having been provided, and the Court having considered this matter, the opposition thereto, if any, and the arguments of counsel and the Court having determined that good cause exists for then entry of this Order,

**IT IS ORDERED** and **GRANTED**; and.

The Debtor's case is hereby converted to Chapter 13 under the U.S. Bankruptcy Code.

Should the Debtor fail to confirm a Chapter 13 Plan, the case will automatically convert to a Chapter 7. At no point will a dismissal occur within this case.

Debtor will submit Proof of Insurance to the Court regarding all real property of the estate within 7 (seven) days of entry of this Order.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on the Debtor, any Trustee, and any other party who entered an appearance within the case.