Form 182 – ntchrgpay

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16–27617–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Tarlok Singh
 40 W. Hampton Street
 Pemberton, NJ 08068

Social Security No.:
 xxx–xx–2686

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE**

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:     February 14, 2017       02:00 PM

at: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

The amount of the unpaid filing fee is:

$428.00 FILING FEE DUE IMMEDIATELY.

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.


Dated: January 31, 2017
JAN: wir

                                                                        Jeanne Naughton
                                                                        Clerk