UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Harrison Ross Byck, Esq.
Kasuri Byck, LLC
340 Route 1 North
Edison, New Jersey 08817
Tel:  72-253-7630
Fax:  732-253-7632

**Order Filed on January 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re: Tarlok Singh

Case No.:       16-27617

Chapter:        __11

Hearing Date:

Judge:    Michael B. Kaplan

## ORDER GRANTING DEBTOR TO CONVERT CASE
## FROM A CHAPTER 11 TO A CHAPTER 13 UNDER U.S. BANKRUPTCY CODE

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED and GRANTED**.

**DATED: January 31, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been opened by the Court and good and sufficient notice of the hearing having been provided, and the Court having considered this matter, the opposition thereto, if any, and the arguments of counsel and the Court having determined that good cause exists for then entry of this Order,

**IT IS ORDERED** and **GRANTED**; and.

The Debtor's case is hereby converted to Chapter 13 under the U.S. Bankruptcy Code.

Should the Debtor fail to confirm a Chapter 13 Plan, the case will automatically convert to a Chapter 7. At no point will a dismissal occur within this case.

Debtor will submit Proof of Insurance to the Court regarding all real property of the estate within 7 (seven) days of entry of this Order.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on the Debtor, any Trustee, and any other party who entered an appearance within the case.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 16-27617-MBK
Tarlok Singh                                                    Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jan 31, 2017
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db             +Tarlok Singh,    40 W. Hampton Street,    Pemberton, NJ 08068-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              Benjamin Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Tarlok  Singh lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              I. Dominic Simeone    on behalf of Creditor    Estate of Michael R. Matthews
               dsimeone@srnjlawfirm.com,    kraynor@srnjlawfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6