UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tarlok Singh

Case No.          16-27617

Hearing Date:     2/28/2017 at 2:00 pm

Judge:            Michael B. Kaplan

# ORDER TO SHOW CAUSE
# FOR CONVERSION
# IN A CHAPTER 13 CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 17, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court sua sponte

ORDERS that all parties in interest shall show cause on __February 28, 2017__, at __2:00 p__.m, in the United States Bankruptcy Court, __Trenton__, New Jersey, Courtroom number __8__, before the Honorable __Michael B. Kaplan__ why this case should not be converted to Chapter 7.

It is further ORDERED that any opposing papers shall be filed not less than seven (7) days before the hearing date.