Form 149 – ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−27617−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tarlok Singh
   40 W. Hampton Street
   Pemberton, NJ 08068

Social Security No.:
   xxx−xx−2686

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

   NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 2/16/2017 has been vacated effective 2/16/2017.

Dated: February 16, 2017
JAN: wir

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                             Case No. 16-27617-MBK
Tarlok Singh                                                       Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Feb 16, 2017
                              Form ID: 149             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2017.
db            +Tarlok Singh,    40 W. Hampton Street,    Pemberton, NJ 08068-1011
cr            +Estate of Michael R. Matthews,    c/o Simeone & Raynor, LLC,   Harvard Law Building,
                1522 Route 38,    Cherry Hill, NJ  08002,    UNITED STATES 08002-2214
516391535     +ARS,    PO Box 630806,    Cincinnati, OH 45263-0806
516391536      Burlington County Clerk,    49 Rancocas-Mt. Holly Road,   Mt. Holly, NJ  08060
516391538     +City & County Government,    7 N. Main Street,    Cape May Courthouse, NJ 08210-2117
516432467     +Estate of Michael Matthews,    c/o Simeone & Raynor, LLC,   1522 Route 38,
                Cherry Hill, NJ 08002-2214
516391543     +GC Services Limited Partnership,    6330 Gulfton,   Houston, TX 77081-1198
516391544      Indian Mills,    907 Highway,   206 Indian Mills,    Vincentown, NJ 08088
516391545     +JDT Petroleum Equipment, Inc,    2910 Franks Road,    Huntingdon Valley, PA 19006-4255
516391546     +John Davis,    1 Davis Court,   Pemberton, NJ 08068-1005
516391547     +Mercer County Clerk,    240 W. State St.,    Trenton, NJ 08608-1002
516391548      NJ Dept. Of Enviromental Protection,     NJ Dept. Of Treasury,   Division of Revenue,
                PO BOX 417,    Trenton, NJ 08646-0417
516598610     +PNC Bank, National Association,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
516391549     +PNC Mortgage,    PO BOX 8703,   Dayton, OH 45401-8703
516391551     +Recorder Of Deeds,    465 Martin Luther King, Jr., Blvd.,   Newark, NJ 07102-1735
516582185    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
516391552     +State Government,    200 Riverview Plaza,    Trenton, NJ 08611-3419
516391554     +State of New Jersey Dept of Treasury,     50 Barrack Street,   Trenton, NJ 08608-2006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2017 22:48:20      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2017 22:48:18     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,  Suite 2100,
                Newark, NJ 07102-5235
516391537     +E-mail/Text: jarsenault@co.cape-may.nj.us Feb 16 2017 22:47:42    Cape May County Clerk,
                7 N. Main Street,    Cape May Courthouse, NJ 08210-2117
516391540      E-mail/Text: cio.bncmail@irs.gov Feb 16 2017 22:47:57    Department of the Treasury,
                Internal Revenue Service,    PO Box 480,   Holtsville, NY 11742
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516391534      APEX ASSET,    Med1 02 Exceptional Transport
516391533      APEX ASSET,    Med1 02 Radiology Associates of Burl
516391539      CNVRGT HTHCR,    Med1 02 Cooper
516391541      ERC,   11 Comcast Cable
516391542      Estate of Michael Matthews
516391550      QUAL AST REC,    Med1 02 The Cooper Health System
516434498*     IRS,   POB 7346,    Philadelphia, PA  19101-7346
516391553*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Division of Taxation,    Trenton, NJ 08695)
                                                                                 TOTALS: 6, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Feb 16, 2017
                               Form ID: 149             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Tarlok   Singh lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              I. Dominic Simeone    on behalf of Creditor    Estate of Michael R. Matthews
               dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```