UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Tarlok Singh

Case No.: _____16-27617_____

Hearing Date: _____

Judge: _____KAPLAN_____

### ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 16, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the Order of Dismissal entered in the above-captioned case was entered in error and must be vacated; and for good cause shown, it is

ORDERED that said Order of Dismissal, dated _____2/16/2017_____ be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Tarlok Singh  
    Debtor

Case No. 16-27617-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 16, 2017  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.  
db          +Tarlok Singh,    40 W. Hampton Street,    Pemberton, NJ 08068-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:  
       Albert    Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Harrison Ross Byck    on behalf of Debtor Tarlok   Singh lawfirm@kasuribyck.com, financial@kasuribyck.com  
       I. Dominic Simeone    on behalf of Creditor    Estate of Michael R. Matthews dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                TOTAL: 6