UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Tarlok Singh

Case No. __16-27617__

Hearing Date: __2/28/2017 at 2:00 pm__

Judge: __Michael B. Kaplan__

ORDER TO SHOW CAUSE
FOR CONVERSION
IN A CHAPTER 13 CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 17, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

    The court sua sponte

    ORDERS that all parties in interest shall show cause on __February 28, 2017__ at __2:00 p__.m, in the United States Bankruptcy Court, __Trenton__, New Jersey, Courtroom number __8__, before the Honorable __Michael B. Kaplan__ why this case should not be converted to Chapter 7.

    It is further ORDERED that any opposing papers shall be filed not less than seven (7) days before the hearing date.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-27617-MBK
Tarlok Singh                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 17, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.
db        +Tarlok Singh,   40 W. Hampton Street,   Pemberton, NJ 08068-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
        Albert   Russo   docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Harrison Ross Byck   on behalf of Debtor Tarlok  Singh lawfirm@kasuribyck.com,
         financial@kasuribyck.com
        I. Dominic Simeone   on behalf of Creditor   Estate of Michael R. Matthews
         dsimeone@srnjlawfirm.com,   kraynor@srnjlawfirm.com
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
        United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                         TOTAL: 6