Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:  **Tarlok Singh**

Case No.: \*
Judge:
Chapter: **13**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

x  Original
☐ Motions Included

Modified/Notice Required
☐ Modified/No Notice Required

☐ Discharge Sought
☐ No Discharge Sought

Date: 2/27/2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Not**This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1:  Payment and Length of Plan |
|---|

a. The Debtor shall pay **9425.70 Monthly** to the Chapter 13 Trustee, starting on M**ar**ch 1, 2017 for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ■ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

1

    c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **State of New Jersey Dept of Treasury** | **Taxes and certain other debts** | **69488.41** |
| State of New Jersey | | 151229.82 |
| | | |
| | | |
| | | |
| | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **-Estate of Michael Matthews** | | **224,000.00** | **0%** | **224,000.00-** | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |
| | | |

## Part 5: Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

____    Not less than $____ to be distributed *pro rata*

____    Not less than ___ percent

__X__   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| CNVRGT HTHCR | Collection Accounts | Paid 100% | 245.00 |
| *APEX ASSET | Collection Accounts | Paid 100% | 118.00 |
| * APEX ASSET | Collection Accounts | Paid 100% | 904.00 |
| *  ARS | | Paid 100% | 36.85 |

| | | | |
|---|---|---|---|
| CNVRGT HTHCR | Collection Accounts | Paid 100% | 78.00 |
| Department of the Treasury | 2008 Taxes | Paid 100% | 80,520.98 |
| State of New Jersey | | Paid 100% | 54,140.71 |
| ERC | Collection Accounts | Paid 100% | 147.00 |
| QUAL AST REC | Collection Accounts | Paid 100% | 145.00 |
| | | | |
| | | | |
| | | | |
| | | | |

**Part 6:  Executory Contracts and Unexpired Leases**

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **-NONE-** | | |

**Part 7:  Motions**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

b.  **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **-NONE-** | | |

c.  **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **-NONE-** | | | |

4

**Part 8: Other Plan Provisions**

a. **Vesting of Property of the Estate**
   - ■ Upon Confirmation
   - ☐ Upon Discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-petition claims**

The Trustee ■ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification**

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this modified Plan?    ☐ Yes    ☐ No

**Part 10: Sign Here**

The debtor(s) and the attorney for the debtor (if any) must sign this Plan. Date    **February 27, 2017**        /s/ Harrison Ross Byck,
                                                        **Harrison Ross Byck, Esquire 026831988**
                                                **Esquire**    Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    **February 27, 2017**            /s/ Tarlok Singh
                                            **Tarlok Singh**
                                            Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Tarlok Singh  
    Debtor

Case No. 16-27617-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Feb 28, 2017  
                 Form ID: pdf901     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.

```
db            +Tarlok Singh,    40 W. Hampton Street,    Pemberton, NJ 08068-1011
cr            +Estate of Michael R. Matthews,    c/o Simeone & Raynor, LLC,    Harvard Law Building,
                1522 Route 38,    Cherry Hill, NJ  08002,    UNITED STATES 08002-2214
516391535     +ARS,    PO Box 630806,    Cincinnati, OH 45263-0806
516391536      Burlington County Clerk,    49 Rancocas-Mt. Holly Road,    Mt. Holly, NJ  08060
516391538     +City & County Government,    7 N. Main Street,    Cape May Courthouse, NJ 08210-2117
516432467     +Estate of Michael Matthews,    c/o Simeone & Raynor, LLC,    1522 Route 38,
                Cherry Hill, NJ 08002-2214
516391543     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
516391544      Indian Mills,    907 Highway,    206 Indian Mills,    Vincentown, NJ 08088
516391545     +JDT Petroleum Equipment, Inc,    2910 Franks Road,    Huntingdon Valley, PA 19006-4255
516391546     +John Davis,    1 Davis Court,    Pemberton, NJ 08068-1005
516391547     +Mercer County Clerk,    240 W. State St.,    Trenton, NJ 08608-1002
516391548      NJ Dept. Of Enviromental Protection,    NJ Dept. Of Treasury,    Division of Revenue,
                PO BOX 417,    Trenton, NJ 08646-0417
516598610     +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
516391549     +PNC Mortgage,    PO BOX 8703,    Dayton, OH 45401-8703
516391551     +Recorder Of Deeds,    465 Martin Luther King, Jr., Blvd.,    Newark, NJ 07102-1735
516582185    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
516391552     +State Government,    200 Riverview Plaza,    Trenton, NJ 08611-3419
516391554     +State of New Jersey Dept of Treasury,    50 Barrack Street,    Trenton, NJ 08608-2006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2017 23:10:20    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2017 23:10:17     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516391537     +E-mail/Text: jarsenault@co.cape-may.nj.us Feb 28 2017 23:09:40     Cape May County Clerk,
                7 N. Main Street,    Cape May Courthouse, NJ 08210-2117
516391540      E-mail/Text: cio.bncmail@irs.gov Feb 28 2017 23:09:55     Department of the Treasury,
                Internal Revenue Service,    PO Box 480,    Holtsville, NY 11742
                                                                                             TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516391534      APEX ASSET,    Med1 02 Exceptional Transport
516391533      APEX ASSET,    Med1 02 Radiology Associates of Burl
516391539      CNVRGT HTHCR,    Med1 02 Cooper
516391541      ERC,    11 Comcast Cable
516391542      Estate of Michael Matthews
516391550      QUAL AST REC,    Med1 02 The Cooper Health System
516434498*     IRS,    POB 7346,    Philadelphia, PA  19101-7346
516391553*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Trenton, NJ 08695)
                                                                                   TOTALS: 6, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                Signature:   /s/Joseph Speetjens

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Feb 28, 2017
                                  Form ID: pdf901          Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harrison Ross Byck    on behalf of Debtor Tarlok   Singh lawfirm@kasuribyck.com,
               financial@kasuribyck.com
              I. Dominic Simeone     on behalf of Creditor    Estate of Michael R. Matthews
               dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```