Caption in compliance with D.N.J. LBR 9004-2(c)

**DOMINIC SIMEONE, ESQ.**
Simeone and Raynor, LLC
1522 Route 38
Cherry Hill, NJ 08002
856 663 6700
Attorney for Estate of Michael Matthews

In Re: Tarok Singh,
     Debtor(s)

Case No.: 16-27617

Hearing Date: 3/21/2017
Judge: Kaplan

Order Filed on March 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY, WITH PROSPECTIVE RELIEF

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: March 24, 2017**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor Name: Tarok Singh
Case #: 16-27617 (MBK)
Chapter: 13
Caption of Order: Order Granting Relief from Automatic Stay, With Prospective Relief

---

This matter having come before the Court on Motion by Creditor Estate of Michael Matthews for Order Granting Relief from Automatic Stay, With Prospective Relief, and the Court having reviewed the pleadings filed by Creditor, and having reviewed any objections to proposed form of Order and oral argument, if any, and for other good cause having been shown:

---

IT IS HEREBY ORDERED AS FOLLOWS:

1. Movant and Secured Creditor Estate of Michael Matthews is GRANTED relief from the Automatic Stay in this matter; and

2. The Automatic Stay shall NOT apply to this Creditor in any subsequent filing for relief under the Bankruptcy Code.