Caption in compliance with D.N.J. LBR 9004-2(c)

**DOMINIC SIMEONE, ESQ.**
Simeone and Raynor, LLC
1522 Route 38
Cherry Hill, NJ 08002
856 663 6700
Attorney for Estate of Michael Matthews

Order Filed on March 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:  Tarok Singh,
      Debtor(s)

Case No.:16-27617

Hearing Date:  3/21/2017
Judge: Kaplan

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY, WITH PROSPECTIVE RELIEF

The relief set forth on the following pages, numbered two (2) through __2__ is hereby ORDERED.

**DATED: March 24, 2017**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor Name: Tarok Singh
Case #: 16-27617 (MBK)
Chapter: 13
Caption of Order: Order Granting Relief from Automatic Stay, With Prospective Relief

This matter having come before the Court on Motion by Creditor Estate of Michael Matthews for Order Granting Relief from Automatic Stay, With Prospective Relief, and the Court having reviewed the pleadings filed by Creditor, and having reviewed any objections to proposed form of Order and oral argument, if any, and for other good cause having been shown:

IT IS HEREBY ORDERED AS FOLLOWS:

1. Movant and Secured Creditor Estate of Michael Matthews is GRANTED relief from the Automatic Stay in this matter; and

2. The Automatic Stay shall NOT apply to this Creditor in any subsequent filing for relief under the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Tarlok Singh  
      Debtor

Case No. 16-27617-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 24, 2017  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.  
db        +Tarlok Singh,   40 W. Hampton Street,   Pemberton, NJ 08068-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:  
          Albert Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Harrison Ross Byck    on behalf of Debtor Tarlok Singh lawfirm@kasuribyck.com, financial@kasuribyck.com  
          I. Dominic Simeone    on behalf of Creditor    Estate of Michael R. Matthews dsimeone@srnjlawfirm.com, kraynor@srnjlawfirm.com  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 6