| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ALBERT RUSSO<br>CN 4853<br>TRENTON, NEW JERSEY 08650<br>(609) 587-6888<br><br>STANDING CHAPTER 13 TRUSTEE | **Order Filed on April 12, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**TARLOK SINGH**<br><br>Debtor(s) | Case No.: 16-27617 MBK<br><br>Hearing:<br><br>Judge   Michael B. Kaplan |

### ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2), is hereby ORDERED.

**DATED: April 12, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Certification of Default of Standing Trustee, and for good cause shown, it is hereby:

**ORDERED** that the above captioned case is hereby dismissed.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Tarlok Singh  
     Debtor

Case No. 16-27617-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 12, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.  
db          +Tarlok Singh,    40 W. Hampton Street,    Pemberton, NJ 08068-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harrison Ross Byck    on behalf of Debtor Tarlok   Singh lawfirm@kasuribyck.com, financial@kasuribyck.com  
        I. Dominic Simeone    on behalf of Creditor   Estate of Michael R. Matthews dsimeone@srnjlawfirm.com,   kraynor@srnjlawfirm.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                          TOTAL: 7